STRAIT, Appellant, *v.* KNAPEN, Respondent.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Order reversed, with $10 costs and printing disbursements, and motion to amend denied, with $10 costs.

---

SWEETSER *et al.*, Respondents, *v.* SMITH *et al.*, Appellants.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Order reversed, with $10 costs and printing disbursements, and motion to continue injunction denied, with $10 costs. See ante, 378.

---

WATERLOO WOOLEN MANUFACTURING CO. *v.* SHANAHAN *et al.*

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

Injunction granted as asked for on filing bond.

---

WENZELL, Respondent, *v.* MORRISSEY, Appellant.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Order affirmed, with $10 costs and printing disbursements. LEARNED, P. J., not acting. See 2 N. Y. Supp. 250.

---

BEAN, Respondent, *v.* VAN DYKE, Appellant.

(*Supreme Court, General Term, Third Department.* May 27, 1889.)

Action by Jerome Bean against George Van Dyke.

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

No opinion. Judgment affirmed, with costs.

---

DANN, Appellant, *v.* GLEASON, Respondent.

(*Supreme Court, General Term, Third Department.* May 27, 1889.)

Action by Horace P. Dann against Samuel O. Gleason.

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

MAHER, Respondent, *v.* WILLSON, Appellant.

(*Supreme Court, General Term, Third Department.* May 27, 1889.)

Action by Dennis Maher against Mrs. George W. Willson. See 3 N. Y. Supp. 80.

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

OCKEMPAUGH, Respondent, *v.* SLATER *et al.*, Appellants.

(*Supreme Court, General Term, Third Department.* May 27, 1889.)

Action by William Ockempaugh against Mary Slater and others.

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.